DAVID KLEIN, Respondent, v. IMMACULATE D'AMBROSE, Appellant.— Judgment unanimously affirmed, with costs. The proposition of the instrument being under seal was not presented to the trial court, and the entire theory upon which the case was tried was that the defendant's husband was without authority to act as her agent. We do not feel called upon, therefore, to determine the effect of the seal on the contract of sale here involved. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LARCHMONT GARDENS COMPANY, Respondent, v. JAMES HANSON, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. There is a plain lack of mutuality, and the contract is, therefore, void. (*Levin* v. *Dietz*, 194 N. Y. 376, 378; *Schlegel Mfg. Co.* v. *Cooper's Glue Factory*, 231 id. 459, 462.) Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

LAWRENCE LAUDISI, Respondent, v. THE AMERICAN EXCHANGE NATIONAL BANK, Appellant.— Judgment and orders affirmed, with costs. No opinion. Kelly, P. J., Rich, Young and Kapper, JJ., concur; Manning, J., dissents.

MAURICE LEON, Appellant, v. INTERNATIONAL NEWS SERVICE and Another, Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

HARRIET E. LYON, Respondent, v. ALEXANDER J. McALLISTER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

CHARLES MANKEWICZ, Appellant, v. MALLORY STEAMSHIP COMPANY, Respondent.— Judgment and order reversed on the law and the facts, and a new trial granted, with costs to appellant to abide the event. We are of the opinion that the evidence presented a fair question of fact for the jury as to the negligence of the defendant in the method adopted for doing the work. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ELIZABETH McENERY, an Infant, by MARGARET McENERY, Her Guardian as Litem, Respondent, v. THE LONG ISLAND COLLEGE HOSPITAL, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. (See *Matter of Underhill*, 193 App. Div. 957.) Kelly, P. J., Jaycox, Kelby, Young, and Kapper, JJ., concur.